AO 440 (Rev. 12/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Eastern District of New York

| | |
|---|---|
| ARTURO LISANDRO GALICIA, individually and on behalf of all others similarly situated<br>*Plaintiff*<br>v.<br>JIMIK FOOD CORPORATION, INC. and NICHOLAS PAUL STIMOLA<br>*Defendant* | )<br>)<br>)<br>) Civil Action No.<br>)<br>)<br>) |

CV-12 6367

HURLEY, J.

WALL, M.J.

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* JIMIK FOOD CORPORATION
31-33 Forest Avenue
Locust Valley, NY 11760

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are: STEVEN J MOSER, P.C.
3 School Street, Suite 207B
Glen Cove, New York 11542
(516) 671-1150
stevenjmoserpc@gmail.com

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

DOUGLAS C. PALMER
CLERK OF COURT

Date: 12/26/2012

_____
*Signature of Clerk or Deputy Clerk*