AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. CV-12-6367

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* NICHOLAS PAUL STIMOLA
was received by me on *(date)* 12/28/2012 .

☐ I personally served the summons on the individual at *(place)* _____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____ , a person of suitable age and discretion who resides there, on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is designated by law to accept service of process on behalf of *(name of organization)* _____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☑ Other *(specify):* I left the summons at the individuals actual place of business, 31-33 Forest Avenue, Locust Valley, NY on December 28, 2012 with a person of suitable age and discretion (the bartender, refused to provide name, a white female with blond hair, in her 40s, approximately 5'6", medium build) (continued below)

My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: 12/28/12

*Carmen Roncal*
Server's signature

Carmen Roncal, Paralegal Assistant
Printed name and title

3 School Street, Suite 207B
Glen Cove, New York 11542

Server's address

Additional information regarding attempted service, etc:
and on December 28, 2012 I mailed the summons by first class mail to the person to be served at his actual place of business in an envelope bearing the legend "personal and confidential" and not indicating on the outside thereof, by return address or otherwise, that the communication was from an attorney or concerned a lawsuit.